UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,

                                         13 CV 2738 (SJ) (MDG)

    -against-                          **ORDER ADOPTING REPORT AND RECOMMENDATION**

AAA BLUE IGUANA BAR LOUNGE INC.,

               Defendant.
-------------------------------------------------------X

A P P E A R A N C E S:

Paul J. Hooten & Associates
5505 Nesconset Highway, Suite 203
Mt. Sinai, NY 11766
By:    Paul J. Hooten
*Attorney for Plaintiff*

JOHNSON, Senior District Judge:

       Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Marilyn D. Go. Magistrate Judge Go issued the Report on September 10, 2014. This Court issued an Order the following day stipulating that objections to the Report should be filed by September 27, 2014, pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b)(2). None of the parties filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

       A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court

1

proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Within fourteen days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Go's recommendations were due on September 27, 2014. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Go's Report in its entirety. Plaintiff's motion for default judgment is granted and costs and damages are awarded as set forth in the magistrate judge's Report and Recommendation. The Clerk of the Court is directed to close the case.
SO ORDERED.


Dated: September 30, 2014 _____/s/_____
      Brooklyn, NY                                Sterling Johnson, Jr., U.S.D.J.